**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Canadian Pacific Railway Limited, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Driessen, Bonnie Sjol, Bonnie Sjol | ) | |
| as Parent and Natural Guardian of J.S., a | ) | |
| minor, and Bonnie Sjol as Parent and | ) | Case No. 4:08-cv-018 |
| Natural Guardian of K.S., a minor, | ) | |
| | ) | |
| Defendants. | ) | |

_____

On February 25, 2008, the parties filed a Stipulation for Extension of Time.  The parties

agree that Defendants shall have un additional fourteen (14) days to file an answer or otherwise

respond to Plaintiff's complaint.  The court **ADOPTS** the stipulation in its entirety.

Dated this 26th day of February, 2008.


*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court