# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Canadian Pacific Railway Limited, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Driessen, Bonnie Sjol, Bonnie Sjol as Parent and Natural Guardian of J.S., a minor, and Bonnie Sjol as Parent and Natural Guardian of K.S., a minor, | ) ) ) ) | Case No. 4:08-cv-018 |
| | ) | |
| Defendants. | ) | |

Before the court is Plaintiff's Motion to Admit Kevin M. Decker Pro Hac Vice. In accordance with Local Rule 79.1(D), Mr. Decker has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He have also paid the required admission fee to the office of the Clerk. Accordingly, Plaintiff's motion (Docket No. 6) is **GRANTED**. Attorney Kevin M. Decker is admitted to practice before this court in this matter on Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2008.

/s/ Charles S. Miller, Jr.<br>
Charles S. Miller, Jr.<br>
United States Magistrate Judge