**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Canadian Pacific Railway Limited, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Driessen, Bonnie Sjol, | ) | Case No. 4:08-cv-018 |
| Bonnie Sjol as Parent and Natural | ) | |
| Guardian of J.S., a minor, and | ) | |
| Bonnie Sjol as Parent and Natural | ) | |
| Guardian of K.S., a minor, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is a "Stipulation to Extend Time to Answer Complaint" filed on March 24, 2008. See Docket No. 11. The parties stipulate to extend the deadline for filing an answer to the complaint to April 22, 2008. The Court **ADOPTS** the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court