**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Canadian Pacific Railway Limited, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Driessen, Bonnie Sjol, | ) | Case No. 4:08-cv-018 |
| Bonnie Sjol as Parent and Natural | ) | |
| Guardian of J.S., a minor, and | ) | |
| Bonnie Sjol as Parent and Natural | ) | |
| Guardian of K.S., a minor, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is a "Stipulation for Dismissal" filed on April 16, 2008. See Docket 13. The parties have stipulated that the above-entitled action be dismissed with prejudice and without costs or disbursements to any party. The Court adopts the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court